UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ARIAS,<br><br>           Plaintiff,<br><br>    v.<br><br>GRUBAUGH, et al.,<br><br>           Defendants. | Case No. 24-cv-04622-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed a *pro se* action pursuant to 42 U.S.C. § 1983 regarding his treatment at Martinez Detention Facility in Contra Costa County. His complaint was dismissed with leave to amend on October 21, 2024. The copy of the order sent to plaintiff was returned as undeliverable and marked "Not in Custody" on October 23, 2024. Dkt. No. 8. Plaintiff has not updated his address nor communicated with the Court in any way since that time.

Pursuant to Northern District Civil Local Rule 3-11, a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a petition when: (1) court mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. *See* Civil L.R. 3-11(b).

More than sixty days have passed since the mail sent to plaintiff by the Court was returned as undeliverable and the court has not received a notice from plaintiff of his current address. Accordingly, the petition is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The clerk is directed to terminate all pending motions and close the case.

//

1     **IT IS SO ORDERED.**

2   Dated: February 12, 2025

_____
TRINA L. THOMPSON
United States District Judge